IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAYDER IRONWOLF BLOODAXE,

Plaintiff,

v.

BARBOA, et al.,

Defendants.

Case No. 6:26-cv-00161-AN

ORDER

NELSON, District Judge.

Plaintiff in this prisoner civil rights case asks the Court to reconsider a prior Order (#37) denying his request for preliminary injunctive relief. However, Plaintiff has not presented the Court with newly discovered evidence, identified clear error, or cited to change in controlling law that would justify reconsideration of the Court's Order sufficient to warrant reconsideration. *See Nunes v. Ashcroft*, 375 F.3d 805, 807-08 (9th Cir. 2004). He also fails to identify the kind of "highly unusual circumstances" that would typically warrant the extraordinary step of reconsideration. *Kona Enters., Inc. v. Estate of Bishop,* 229 F.3d 877, 890 (9th Cir. 2000). The Motion for Reconsideration (#43) is therefore denied.

Plaintiff moves to voluntarily dismiss Defendants Devan and Miller. The Motions to Dismiss (#47 &#56) are granted, and Defendants Devan and Miller are dismissed from this case.

Plaintiff next moves the Court to hold Defendants in contempt for not properly prioritizing the collection of his civil filing fee from his prison trust account. Although Plaintiff asks the Court to hold all Defendants in contempt, he has not established how any named Defendant is responsible for collection of the civil filing fee from his account. It does not appear that any Defendant is associated with the Central Trust Unit the Court previously tasked with the collection of the civil filing fee thus, even assuming Plaintiff's arguments about debt collection priority are well taken, it would not be appropriate to hold any Defendant in contempt. For these reasons, Plaintiff's Motion for Contempt Against Defendants (#49) is denied.

**CONCLUSION**

Plaintiff's Motions to Dismiss (#47 & #56) Defendants Devan and Miller are granted, and these Defendants are dismissed from this action. Plaintiff's Motion for Reconsideration (#43) and Motion for Contempt (#49) are denied.

IT IS SO ORDERED.

September 25, 2026
DATE

Adrienne Nelson
Adrienne Nelson
United States District Judge